**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 11-7429**

———————————

MONTE DECARLOS WINSTON,

        Petitioner - Appellant,

    v.

PATRICIA R. STANSBERRY,

        Respondent - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:10-cv-00631-REP)

———————————

Submitted:  April 26, 2012         Decided:  April 30, 2012

———————————

Before GREGORY, AGEE, and WYNN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Monte Decarlos Winston, Appellant Pro Se.  Debra J. Prillaman, Assistant United States Attorney, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monte Decarlos Winston, a federal prisoner, appeals the district court's orders denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2011) petition and denying his Fed. R. Civ. P. 59(e) motion to amend or alter that judgment. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. See Winston v. Stansberry, No. 3:10-cv-00631-REP (E.D. Va. July 11 & Sept. 26, 2011). Further, we deny Winston's motion for summary judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED